UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
DANUTA POPEK,

                Plaintiff,                ORDER
                                                          15 CV 6572 (ILG)(RML)
    -against-

WELLS FARGO BANK, N.A., et al.,

                Defendants.
-------------------------------------------------------x
GLASSER, United States District Judge:

       A Report and Recommendation of Magistrate Judge Levy, dated July 28, 2016, recommended that the Court dismiss this case for lack of prosecution. Plaintiff was advised that any objections to the Report and Recommendation were to be made within 14 days, with courtesy copies to both Magistrate Judge Levy and this Court, in order to preserve appellate review. As of this date, no objection has been filed.

       The Report and Recommendation, which thoroughly reviewed the facts is, after due consideration, hereby adopted in its entirety and this case is dismissed.

       SO ORDERED.

Dated:      Brooklyn, New York
              August 19, 2016

                                                           /s/
                                                I. Leo Glasser